A CERTIFIED TRUE COPY

JUL 2 3 2007

ATTEST *Thomas Kahrman*
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUL - 5 2007

FILED
CLERK'S OFFICE

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### MDL NO. 1760

### IN RE Aredia and Zometa Products Liability Litigation

FILED
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TENN.

JUL 30 2007

BY_____
DEPUTY CLERK

### (SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-39)

On April 18, 2006, the Panel transferred 27 civil actions to the United States District Court for the Middle District of Tennessee for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 429 F.Supp.2d 1371 (J.P.M.L. 2006). Since that time, 245 additional actions have been transferred to the Middle District of Tennessee. With the consent of that court, all such actions have been assigned to the Honorable Todd J. Campbell.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Middle District of Tennessee and assigned to Judge Campbell.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation,</u> 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Middle District of Tennessee for the reasons stated in the order of April 18, 2006, and, with the consent of that court, assigned to the Honorable Todd J. Campbell.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Middle District of Tennessee. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

JUL 2 3 2007

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

ATTEST AND CERTIFY
A TRUE COPY
Clerk
U.S. District Court
Middle District of Tennessee
By:_____
Deputy Clerk

# SCHEDULE CTO-39 - TAG-ALONG ACTIONS
## MDL NO. 1760
### IN RE Aredia and Zometa Products Liability Litigation

| DIST. DIV. C.A. # | CASE CAPTION | |
|---|---|---|
| **DISTRICT OF COLUMBIA** | | |
| DC 1 07-1117 | Roger Sherman, et al. v. Novartis Pharmaceuticals Corp. | 3-07-cv-0780 |
| DC 1 07-1123 | Laurie Lambertson, et al. v. Novartis Pharmaceuticals Corp. | 3-07-cv-0781 |
| **FLORIDA NORTHERN** | | |
| FLN 1 07-122 | Geraldine R. Benkel v. Novartis Pharmaceuticals Corp. | 3-07-cv-0782 |
| **MISSISSIPPI SOUTHERN** | | |
| MSS 3 07-352 | Loycestean Hamblin v. Novartis Pharmaceuticals Corp. | 3-07-cv-0783 |
| **NEW MEXICO** | | |
| NM 1 07-605 | Phillip Plotner, etc. v. Novartis Pharmaceuticals Corp. | 3-07-cv-0784 |